**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-24359-PCH**

**NAYELI JAZMIN GONZALEZ CAMPILLO,**

**Plaintiff**

**v.**

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES (USCIS*), et. al.*,**

**Defendants.**
_______________________________________/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal ("Stipulation") [ECF No. 24], filed on June 22, 2026. After considering the Stipulation and being otherwise duly advised, it is:

**ORDERED AND ADJUDGED** that all claims filed in this action by Plaintiff, Nayeli Jazmin Gonzalez Campillo, are **DISMISSED without prejudice.** All pending motions are **DENIED** as moot and the case is **CLOSED**. Each party is to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in Miami, Florida on June 23, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record